IN THE UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK

|

Karen Tracey Moore                          |
Karen Tracey Moore, LLC                     |
Plaintiff,                                   |
                                            |         Case No.
                                            |         Complaint and  Request
-VS-                                         |
                                            |
Department of Homeland Security             |
Federal Bureau of  Investigation            |
CISA                                         |
Defendants                                   |
|

# JURISDICTION AND VENUE

Because this is diversity of citizenship of the two parties involved, the Federal District Courts have jursidiction as stated in Title 28 Section §2331. The Defendants have offices that are in the District of Columbia, giving sufficient contact for its jurisdiction. Other jurisdictions include Title 18 U.S.C. §1595 for mandatory restitution of peonage. Title 28 U.S.C. §1346 gives the court jurisdiction over a case in which the United States government is a defendant.

Title 28 U.S.C. §1343 gives jurisdiction to the court over "...any civil action authorized by law to be commenced by any person: (1) To recover damages for injury to his person or property, or because of the deprivation of any right or priviledge of a citizen of a citizen of the United States, by any act done in furtherance of any conspiracy mentioned in Section 1985 of Title 42;..."  and (2) "...To recover damges from any person who fails to prevent or to aid in preventing any wrongs mentioned in section 1985 of Title 42, which he had knowledge were about to occur and power to prevent; (3) To redress the deprivation, under color of any right, priviledge, or immunity secured by the Constitution of the UniteStates; (4)To recover damages or to secure equitable or other elief under any Act of Congress providng for the protection of civil rights, including the right to vote.

1 of 91

It goes on to state that, (b) "For purposes of this section – (1) the District of Columbia shall be considered to be a State; and (2) any Act of Congress applicable exclusively to the District of Columbia shal be considered to be a statute of the District of Columbia."

In Title 42 U.S.C. §1985 (3), If two or more persons in any State or Territory conspire or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons,  go in disguise on the highway to of preventing or hindering the constituted authorities of any state giving or securing to all persons within such State or Territory the

Title 18 U.S.C. §1593 gives jurisdiction for the courts to give mandatory restitution for any crime outlined in Title 18 U.S.C. §1581 to §1592 or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving either directly or indirectly any person or class of persons of the equal protection of the law.

The Venue is proper, in that the defendants reside in multiple locations, but the violations of the law and causes of action resided primarily in the state of South Carolina. The defendants' addresses and agencies are primarily located in Counties under the jurisdiction of District 2 of the Federal Circuit Court division.

I am asking for a jury trial as stated as a right in the 7th Amendment of the United States Constitution. It states, "...in value of over 20 dollars, the right to a jury trial shall be preserved."

## LEGAL STANDARD

I am asking that the legal standard for the case be strict scrutiny because I am a U.S. born citizen in two protected classes, disabled American with protections under the Americans with Disabilities Act and a black American with protections under the Civil Rights Act of 1964, and other codes protecting both classes listed here. I have been discriminated against by the defendants for over 51 years routinely.

I am a member of a protected class, that is I am a black American born citizen and am recorded as a Mentally Disabled person as defined in 22 C.F.R. 35.108 under the Social Security Administration. I am asking that Strict Scrutiny be applied to this pleading as the standard of review concerning discrimination and other causes of action where it would apply not clearly outlined.

# INTRODUCTION

I allege that the Department of Homeland Security staff members tried to make me look like a terrorist to hit on women from Norway. They have known since 2011 about devices in me from someone in a government agency, and to address it then, not after the Norwegians and I exchanged information in public in 2017.

I had help with some of my pleadings from a far to write some of the pleading and to let me know that some of the law I am using is not correctly interpeted. I am mentally disabled as recorded by the Social Security Administration; I have a learning disability in which it takes me longer to comprehend something said to me, and sometimes to write down and read. It took me 5 years to get a 2 year degree. I have bone tumor growths in my skull; the tumors press in the part of the brain that controls emotional responses, thinking, impulse control, and life decisions (Exhibits -MUSC medical center). It is where the famous brain trauma patient Phineas Gage had a railroad spike enter and exit out of his skull. Human personality is located in that part of the brain.

There are fiber optic cables in my eyes (Exhibits - CT scan – MUSC medical center - hospital) and there is a COM link device embedded in my bone structure inside of my head (Exhibits - CT scan – MUSC medical center - hospital). The bones harden in a person inside of their mother's womb at 15 to 18 weeks gestation. (Exhibits - Polygraphs). I allege they are from a military experiments done to me in the 1970s.

I am suing the Defendants for negligence, intentional infliction of emotional distress,

Slavery as defined under the 13th Amendment, Right to petition the government to address grievances as defined under the 1st Amendment (Title 18 U.S.C.§245), Attempted Murder (Title 18 U.S.C. §1113), 4th Amendment and Intrusion into Seclusion, Unlawful wiretap (Katz v United States, 389 U.S. 347, (1967). I am also suing for the crimes of cyber stalking, business interference (Title 18 U.S.C.§ 8131), murder (Title 18 U.S.C. §1111), Child Endangerment of unborn babies in me (Title 18 U.S.C. §1113), Sexual Assault of an adult (Title 18 U.S.C.§2242) and Peonage (Title 18 U.S.C. §1581) and Terrorism (Title 18 U.S.C. 844(h) and (o)).

## STATEMENT OF FACTS

The DHS heard from me in 2012 concerning devices inside of my body. I believe that the devices in my body had been used to control me for human trafficking, specifically a gun, remote detonating devices, and many gear train components that were used to get me to do things against my will. (Exhibits)

I received a letter from the Department of Homeland Security in 2012 stating there was nothing they could do to help me. I then went to Washington D.C. to talk to the FBI about the medical records in 2012. I was sent away with a card and told to come back another day.

In 2017, 3 blondes from Norway came to my town as tourists. We exchanged social media handles. From that date, I had been harrassed excessantly in the COM Link device I did not know was in me today and other business dealings were used to force me to look like a terrorist.

I allege it is a schema to meet the women in Norway in that DHS and the defendants would be in contact with DARPA and know that it was their contraptions. They did not give me the courtesy of letting me know that then.

I have had to deal with companies like E Trade giving me usernames like GHAD37 ("jihad" 37) and forcing purchases that would make me look like I was bomb making. Digikey forced a purchase with the wrong billing address with a debugger digital purchase.

Someone let me hear communications from DHS; the investigator asked a prosecutor, "Can you get her on this?" He replied, "Not without a microcontroller." A debugger is similar, but not the same. So, when pushed to buy a microcontroller, I bought the debugger instead. I figured since the address was wrong (brain tumors) I thought that the purchase wouldn't go through. (Exhibit - COM Link)

TD Ameritrade staff told me that I did not need identification to open brokerage accounts. (Exhibit – phone call recorded). I researched and found out from the Patriot Act of 2001 that is not so. (Exhibit – Patriot Act section requiring record keeping).

When I reported this to FINRA, I was treated like a criminal; they demanded to know who I was and the names of my companies, but not the customer service representative, the recordings or what else happened. (Exhibit - E Mail).

When I reported this to the SEC Whistelblower's office, I was not able to get any response from them. However, the SEC sanctioned 16 companies a few months later with record keeping violations for not having proper identification on account holders. (Exhibit - SEC Whistleblower article of the sanctions). The only company not sanctioned was TD Ameritrade, owned by Charles Schwab. At this time, Gary Gensler is head of the SEC. So, I did not get the 3% reward from the multi-billion dollar sanctions that were put on all 16 companies.

I was threatened in the COM Link in my ears with arrest over the last 16 months if I went near my brokerage accounts; this has blocked my companies from a revenue stream to build capital and to keep its bills up.

Not taking any police reports indicates that the government has accessed the cameras in my eyes and saw things out of context, signaled to DHS that it was "okay" to set me up as a

terrorist to make a fraudulent investigation take place. The DHS investigators would have to speak to everyone I spoke to the last 10 years, including the women from Norway that I spoke to. I allege that after the case was scrutinized by DHS officials, there was pressure to a the case look stronger. Promises were given to SC law enforcement members that DHS staff would be their "wingman" in to Norway a

The defendants work with an agency called DARPA under the Department of Defense to coordinate national security protection for the nation.[1] The DARPA and the Department of Homeland Security celebrated it's 10 year relationship on the Department of Homeland Security's tech division's website[2]

Because of a pending court case with several law enforcement agencies in my state, (Moore v State of South Carolina) I was strategically blocked from leaving the area for years to keep money from a series of court cases that involved the Department of Defense's DARPA, the technical industry leaders in California and Texas, and the state of South Carolina's government's collusive conduct.

## BACKGROUND

Devices were put in me that allow me to be spied on since I was in my mothers womb, both visually and audibly. From 1973 to 2024 I have been spyware for the United States government against my will. (Moore v DARPA). The devices include an incendiary phosphorus hand grenade and a possible M67 explosive hand grenade. The explosive I allege is to protect an ARPANET transceiver in my body that transmits the US internet today as a logical entrance point. (Exhibits).

DARPA had two technology department heads, Robert Kahn and J.C.R. Licklider that worked together were connected to the Judao-Christian community, with the latter being a pastor's son. These two men are credited as the forefathers of the internet, along with Vinton Cerf of Google from their framework they designed in the 1960s and 1970s. It is still what the world uses today.

---

1    www.darpa.mil/
2    Www.dhs.gov

Kahn and Licklider would be familiar with slavery found in Exodus from Kahn growing up Jewish in Brooklyn, New York and going to synagogue, and having to have a bamitzvah in which he had to know the text before going into the world. J.C.R. Licklider would be required by his father to know the Biblical text well in his household, including the book of Exodus.

In Exodus, Jehovah gives instructions on how the Jewish people he had liberated from Egyptian slavery, how to control their slaves in the wilderness (Exodus 21:2-7).

The US government had hired former Nazis after World War II and allowed them government credentials under a man named Cullen. The two men would have in a very racially hostile south get clearance and cooperation to put the slave components in my body in the military hospital in North
Charleston, SC in the 1970s.

The devices in me have been used to fire a weapon into my body for not complying with the slave owners who insist I work on my trademark Cook it! Bake it! Make it! for free for years, along with other intellectual property they refused to let me put my name on.

The robotics are controlled at some point similar to how motion capture software is run with suits is alleged to be part of the method used to control my conduct. Amicap, Inc. was a company that had such technology in the 1960s; the components in me were inserted in my flesh as a zygote in the 1970s. A zygote is the stage before your bones harden your mother's womb and you become recognizable as a fetus (Exhibit). Forceps in the hospital system along with miniature cameras have been around since World War II.(Exhibits).

I was coerced to do crimes so I would have credibility issues (Exhibits - Polygraphs). The motive was to use me to sink political enemies (black politicians from becoming first black President form 1991 to 1995), as a slave and to keep from suing to win court judgments for what was done to me inside of South Carolina and elsewhere.

I am suing multiple agencies and had worked on the list of them in a spreadsheet on a Microsoft Windows computer in 2018. The total at the time was $1.8 Billion dollars. The state of South Carolina admits that a mysterious amount of $1.8 Billion has showed up in it's revenue accounts without an explanation (Exhibit - Article). in a country that allows for court cases to be under seal.


I was born in a military hospital in North Charleston, SC. The hospitals for my care are in the jurisdiction of both the Department of Defense, where the agency DARPA would have access to me as well as the Ku Klux Klan.

J.C.R. Licklider, a pastor's son from St. Louis, MO was the head of the tech division of DARPA in the 1960s and part of the 1970s. His boss was a man named Robert Kahn, a Jewish man from Brooklyn, NY. Both men would be familiar with the Book of Exodus in the Bible, in which God allowed them to have slaves and instructions on how to handle their slavery. ( 5 – Exodus verses.) There are other cult leaders in this world who have taken the word of God out of context.

The components throughout my body include, (but not limited to), a radio tranceiver in the shape of the ARPANET tranceivers on the DARPA.mil website ( 6 – 2009 Trident Medical Center X-Ray), Metal pins inside of my skull and throughout my body ( 7 – CT Scans - MUSC Medical), A series of wires and gear trains designed to move my head and torso around ( 8 -15 – X-Rays Trident Medical Center 2009,MUSC medical center -2018), A metal light socket in the back of my skull ( 16 – MUSC CT scan).

There is also an object that fires some kind of trajectory into my body when I do not listen to what the slave owners are demanding of me (Exhbits 17-18) – possible bullet fragments inside of me – MUSC CT scans, and possible firearms in me – Trident Medical Center, - Ultrasounds -2009). I did not give anyone permission to put these in my body and do not know how they got in me. ( 19 – Polygraphs – May 29th, 2020 – L. Stan Fulmer.)

There are also live things in me that are both human and animal (alligator egg,chicken egg, goose egg,) from Nazis wanting to watch it eat the child and me alive (Exhibits). Someone put goose eggs up me as well as an alligator egg (Exhibits). I was (and may still be pregnant). The animal has bitten me and the children in me multiple times (Exhibit - alligator in view in ultrasound - 2018). I was raped with a beer bottle and it is still lodged in me (Exhibit - beer bottle sticking into the face of one of the babies in me – Trident Medical Center). The hospitals in this area still after all of this have not handled any of these issues.

There is talk that I am to be lead to believe that I will be allowed to win my court cases. There is plotting to have me put in prison or in a holding place immediately after I file. I was forced to do crime outside of the state of South Carolina by remote to make sure I did not leave to keep the money I was owed in the state. (Polygraph – L. Stan Fulmer).

# CAUSES OF ACTION

### Cause of Action #1

Unlawful Electronic Interception (Title 18 U.S.C. §§ 2515,2511)
Because the components are in me before birth without reasonable suspicion as a zygote or fetus, the wiretap is unlawful and can be implied that the government would be unlawfully searching and spying on me all of my life.

The other issue is that the components that make up a browser for the internet are also within my bone structure. Specifically, blades in the center of my skull bone and brain, antenna on the sides of my skull inside of the osteoma bone tumors in my head, and wiring that runs down to an ARPANET - mini transceiver from the 1970s inside of my abdomen with a bracket attaching it to my spinal chord.

Electricity is passing through the component daily of about 24 to 27 volts of electricity. (Exhibit – Video of multimeter reading voltage). I am able to hear phone calls, and transmissions over the years through the COM Link in my skull directed at me and not. I did not give permission for these people in government or the private sector in a written official

capacity without being under duress at any time. Title 18 U.S.C. §§2511 and 2515 both prohibit the interception and disclosure of electronic transmissions.

Title 18 U.S.C. §§2515
In Katz v United States 389 U.S. 354-389 (1967), and Sherman v United States 356 U.S.369 (1973), and Kentucky v King, 563 U.S. 452 (2011), once the law enforcement officials breached their duty by disobeying an action prohibited by the United States, the cases against an individual are to be dropped. Contempt of Court, and Indirect Contempt of Court as outlined in Title 18 U.S.C.§401 and §402 of the United States Supreme Court are just as serious as any of the lower courts, in fact there lack of regard for the Supreme Court's findings indicate a Injunction is prudent.

Cause of Action #2

Conspiracy to Commit Fraud (Title 18 U.S.C. §1346)
United States v Lutwak, 195 F. 2D 748 (7th Cir. 1948), affirmed, 344 U.S. 604 (1953).
DARPA/DHS/CISA/ and other agencies had a duty to disclose that there may be an explosive or incendiary device in me to the governor of my state as well as other govenors around the country to protect the experiment that is now a browser for our current day internet (Exhibit).
**(United States v Lutwak, 195 F. 2D 748 (7th Cir. 1948), affirmed, 344 U.S. 604 (1953).**

The relationship between DARPA and the defendants is documented on their website with a 20 year anniversary page of 20 years of collaboration (Exhibit). Since 2018, I had been made to repeat others against my will after rebelling the first time in 2007 about being made to write what others have said as manuscripts to be sold to others by the slave handlers. They would have access to the control panel where the gun is fired into my body (Exhibit) and the fiber optic and COM Link in my ear. I allege they had me buying things that would make me look like a terrorist. The defendants plan to meet women in Norway to do so is a direct cause of my money being as low as it is after I had learned trading. I was consistently threatened with arrest in my COM Link if I went near my trade accounts to access cash or show that I was alive.

Cause of Action #3

Trafficking with Respect to Peonage, Slavery, Involuntary Servitude, or Forced Labor[3] (Title 18 U.S.C. §1590, Title 42 U.S.C. §1985) The defendants have a duty to make sure trafficking is ended in my situation as outlined in their Code of Federal Regulations (C.F.R. 6 Section 29.1). As the court is well aware of, Code of Federal Regulations are binding law under Title 28 U.S.C. §                . They are required to make sure that all avenues possible to solve this problem of me being trafficked in secret were at least documented and then addresssed. The breach occurred whenThe the Federal Bureau of Investigation refused to take my complaint in when I went to Washington, D.C. in 2012. The breach also occurred from the Department of Homeland Security  or send any communications that they would help me in 2012 when I sent a copy of my medial records to them.

The defendants inaction is the direct cause of my continued suffering from 2012 to 2024, because when I went to the hospitals and could not get help, individuals watching the situation saw that DHS did not arrest anyone or investigate, and it made them do more trafficking of me for labor I created.

Even now, people have uploaded whatever intellectual property from my computer even without the internet connected (Wi – Fi card was removed; separate Wi -Fi may be present in display wire and chip elsewhere) in a way that indicates individuals within the United States government or corporations that created the computer are helping the theft and labor trafficking willfully.

The injury is the broken glass from being raped with a beer bottle in my 20s was never removed. The bullet fragments from being shot from revolvers placed in my abdomen by the traffickers to control my conduct throughout my life have nearly killed me. I am in  extreme pain that is being managed with medicines I can find on the internet and the local pharmacy 4 of the 12 children in the 2010 CT with contrast scan that was sent to the Department of Homeland Security are dead. (Exhibit). At that point, if they had acted on what I had alleged about being a slave with an investigation, they could have saved the lives of  and at least the health  of the other 12 children in me (Exhibit).

---

3    From the Department of Justice website, https://www.justice.gov

I still have a gun up me and am being forced to take directives and it still has not been addressed.

These actions include yelling, crying, upsetting behavior and difficulty being quiet. I have been coerced with a COM Link in my ear since birth; (Exhibits) the agencies in the federal government experimented.

The children in my body alive today are sick from the remains of the dead children, alligator and goose feces, as well as chicken eggs that grew into birds. I smell terrible; I can not get a job outside of self – empployment attempts at my computer. Which is where the slave owners would like to keep me. My work towards making my federal trademark Cook it! Bake it! Make it was thwarted and used by others because of the Defendants hands off approach of helping me.

Their threats of arrest if I go near my brokerage accounts have made it even harder to keep my business doing anything to bring in revenue. In the state of South Carolina, a person who fails to report or aids and abets trafficking is to be charged as a principal of the crime (S.C. 44-2-140). Having said this, the defendants Center to Combat Human Trafficking center would have a list of these state laws, at least in a database to access whenever they are attempting to prosecute someone to the fullest extent of the law.

I have children in me that are both alive and dead; the dead remains not being removed have sickened me and the live babies still here after the trauma. I am asking to be allowed to move out of the state of South Carolina who has systemically on record ignored my medical concerns that are well enough documented that a court of law would not be out of sync with other jurisdictions on allowing such.

## Cause of Action #4

False Imprisonment (Title 18 U.S.C. §1201) The duty to follow due process before confining a person is fundamental under the 5th and 14th Amendments of the United States Constitution. The breach occurred when my car s were stolen for the second time was staid to be "a civil matter" by local law enforcement after the clear rejection of help from the defendants in 2011. The harm was I could not go anywhere unless someone would take me somewhere.

The injury is that Ku Klux Klan are waiting for Donald Trump to return to office along with some MAGA supporters to take me to be horsewhipped. I cannot leave without sustaining a large amount of debt to do so. The cause of this is because the defendants will not let me make enough money to pay from revenue from my business because it is being watched to be attached to for victims as they have planned to cover expenses.

Threats of arrest if I access my brokerage account also contributes to the lack of cash flow to continue here without being found by them to harm me. This also blocks me from an attorney to get these matters settled quickly and quiettly.

This allows the state to keep me under their control while the money is spent here without any outsiders looking into the matter. There are sting ray computer devices in the area that can divert my phone calls for help. I have tried to reach out to several news outlets about these and other matters as well as the current White House and Special Counsel Jack Smith's office in 2024, and cannot get anyone's help. I am not sure if the mail ever left the state, including the restricted return receipt that was signed by an "Eddie Anderson."

In it where accusations regarding Republican Party members who had helped collude from the DARPA agency and conduct of Trump supporters that indicated I was in grave danger of a political matter.( – letters, phone call attempts, fax attempts, e mails).

Cause of Action #5

Kidnapping (Title 18 U.S.C.§ 2401) The duty is not to seize or confine a person unlawfully without first having a due process establishing the government's right to do so under the 5th and 14th Amendments. The breach is that their refusal to look into it, as well as threatening me to "stay put" has caused me to not do anything that could financially stabilze me. The harm has been fear of reprisal if I try to leave to tell anyone that this is a fake terrorist investigation so the defendants can go to Norway to hit on women.

The injury was that it caused me not to be able to drive out of town to get hellp for my child, myself, or others, or keep any financial underpinning to keep us safe. There are also are

13 of 91

crimes used to keep me from enjoying physical and financial property rights protected under Title 42 U.S.C. §1982.

<u>Cause of Action #6</u>

Terrorism (Title 18 U.S.C. § 2332f, Title 18 U.S.C. 844(h), and 844(o)) Law enforcement violated the basic tenants of public safety by transporting me with at least an incendiary device into their patrol cars everytime I was taken to a mental hospital as a political or business favor to someone (Title 18 U.S.C. 844(o).) These would be known by the defendants and silence on their part to other law enforcement agencies should be considered an act of terrorism.

Taking me into the court house, even though it was the protocol, was for personal reasons outlined in the statement of facts around destroying my credibilty to keep me from a receptive jury pool to present my case to. So if I wanted to tell that I was being used in a ploy to meet women in Norway via a fake investigation, I would not be believed.

<u>Cause of Action #7</u>

Right to Fair Housing (Title 42 U.S.C. §3631) The defendants have a duty to protect my due process rights by not starting a fake investigation to flirt with women in Norway, and open the door for future "friends" to visit with them each year. The breach occurred to my right to fair housing occurred when the government falsified engaged in coercion to get me to purchase things that do not pertain to the food business I was trying to develop. I was threatened not to use it many times; had they investigated the fact I was a slave as asked in 2011, I would not be a slave right now and the business would have ran many store fronts from help over the last 13 years.

Another breach was the threat found in Cause of Action #

<u>Cause of Action #8</u>

Title 18 U.S.C. §249, Hate crime action involving a hand gun The Matthew Shepard and James Byrd, Jr. Hate Crimes Prevention Act was violated when I was shot with a firearm inside of my torso, reported it to law enforcement in 2018, and it was ignored.

The injury was multiple gashes in my insides and profuse bleeding that has made me dizzy, lathargic, and ill. It has ended multiple pregnancies in my body, and has caused me to smell terribly. My attempts to get help at hospitals are ignored because law enforcement refuses to act on any complaints I have made on the matter of trafficking or being a slave. I allege they are protecting the local slave trade instead of me and others who are victims of their criminal negligence because of our race.

<u>Cause of Action #9</u>

1st Amendment right to petition the government to address grievances

As stated in Title 18 U.S.C. §245, I have a right to engage in "federally protected activities," specifically, "...(b)Whoever, whether or not acting under color of law..." violates the Title and "...if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire shall be fined under this Title or imprisoned not more than 10 years, or both;". Title 18 U.S.C. §245 states that "...and if death results from the acts committed in violation of this section or if such acts include kidnapping , attempt to kidnap, aggravated sexual abuse or  an attempt at aggravated sexual abuse or an attempt to kill, shall be fined under this Title or imprisoned for any term of years or for life, or both, or may be sentenced to death."[4]


The Defendants have a duty to protect, investigate, arrest  and report offenders of human trafficking. This is acknowledged by the creation of the  Center for Countering Human Trafficking (CCHT).

The duty was breached when I was trying to report a series of crimes after I was framed that included Child Endangerment (Title 18 U.S.C.§ 2423), Kidnapping (Title 18 U.S.C. § 2401), and Sexual Assault of a Minor (Title 18 U.S.C.§ 2423 and §1591) occurred in my state (neighbor). The defendants would not help me with the complaints brought to them via website e mail, phone, or letter (Exhibits).


The harm is that I have had great distress from being trafficked as well as the distress of knowing these children in these pleading are still in need of help from CCHT and other organizations who are required under the law to intervene. The injury of their non-action is exploitation becoming strengthened in my life as slave owners observed my many attempts to

---

4    See also Title 18 U.S.C. §§241, 242.

get help for them and my self, but to no avail. They knew they would not be held accountable any time soon.

There were 7 children that were in danger within my line of sight that I tried to report to law enforcement from 2007 to 2024. The incidents were as follows:

(2024) There are young children near me that are under ground somewhere near the house. I got a real time response November 29th, 2024 at 12:01 am while I was up working on this pleading.
Because I have attempted to say something over 15 years, while designated as the area's "cash cow" due to the DARPA lawsuit to come, I was told I would be put in at mental hospital permanently if I caused any more "problems".

I had no knowledge of this child being down there to my recollection until now. I have bone brain tumors and glass in my brain from being shot with a beer bottle in my body. I E Mailed Goose Creek's Police Department about being a slave here; mental health was sent again as the only option, but no investigation about the child I thought I heard under the ground in 2024 (Exhibit -Video of Officer Ruyska responding to the house with mental health workers.)

So, I am suing to have the officer and mental health personnel investigated as to why they did not do a more thorough job in reporting. The motive may be the $1.8 Billion I claim is mine from lawsuits against DARPA and other tech agencies and companies that are connected to the internet components digital data that travels through me every day. My cars are always taken every 7 years after I drive them for 7 months and people can follow me, photograph me, and send it to Washington, D.C. like everything is "fine". Then they get me in a minor accident, then take it from me, then back to slavery in the house from my computer.

(2018) A young black girl, last name White, about 9 years old was my neighbor. She ran out of her apartment crying in her nightgown at 12 pm on a school day, and crouched in the foyer in the corner. I came around the corner and a black man, about 24 to 28 was standing in the apartment with the door open in the living room looking at me from the vestibule. I asked who he was. He said he was "a friend of the family." "I asked why is she was not in school?"

She's home sick, I think was his answer and that she had "issues", which is popular speak in the area for pedophile's victim.

I say that, because I called 911 immediately, and when the officer arrived, he began to smile and act like I was an idiot for calling him. He said, "If she has issues, why did you call us?" And then he stated, "We can't help you people solve all your problems." I did not know at the time while former President Trump was in office that fiber optic cable in my eyes was being watched from their followers and other supporters of the Republican party.

Earlier the prior year or so, then Mayor Keith Summey had said in a public press conference, "[We can't help you people solve all your problems]." This was after a shooting between black teens in a mall. So, he left, and the young girl went back in and was traumatized again. I could hear her crying through the wall to leave her alone at one point.

(2016) A white young girl, around 5 with blonde hair and blue eyes was at a Bigby Coffee shop in Goose Creek, SC. The girl was with a man with brown hair and brown eyes. She was sitting on his lap and straddled his left leg, and began to make a back and forth motion with her hips, and turned her head to the right. He looked over at me to see if I saw. I acted like I wasn't going to call; then got up a few minutes later and called 911. To my surprise, the officer would not come to the coffee shop right then. I explained that the incident happened on camera, that the store can give it to him, and to please hurry so he won't get away. The officer said, ["okay, we'll get there when we can. We'll look into it."] or something like this. I pressed for them to hurry; he would not.

(2007) There was a little white boy with brown hair, and brown eyes in a 4 door grey car. I was behind them; the little boy was in the back seat and looked back at me, sad. I didn't know if he was signalling for help. I did not know the law at the time, so I did not say anything because I was not sure. I found out later I have bone growth tumors in my skull (Exhibit); so sometimes my thoughts are delayed. I am also still at this time (and still am) walking around with broken glass in me from rape with a beer bottle and whatever mini bottle was shoved up me before being kicked in the stomach one night during an attack. (One of many.)

(2020) I could hear what sounded like a baby screaming in the toilet system under our old childhood home. I was at the sink upstairs; I heard the scream come from the sink pipe. I ran and got a numbing agent I had bought for my tooth and poured some down the sink. I tried to report on things before and was told that if I cause certain individuals issues again I was going in mental hospital permanently (Affidavit). I tied again in 2024; I was again offered mental health services.

There is a bend in the pipes that goes out to the city line. If the baby was abandoned in the toilet system and got stuck under the water heater all these years, it is possible it survived the cold and the elements. I allege that a teen and her mom came by to dispose of a baby to avoid a scandal of an out of wedlock teen with a black boy. Back then (1980s) there was no DNA, so they felt safe depositing the child in our bathroom. They were blonde and blue eyed, and protected by Klan and whoever had access to the fiber optic cable in my eyes (Exhibit).

<u>Cause of Action #10</u>

Right to Enjoy Employment (Title 18 U.S.C. 245(b)(2)(c))

Title 42 Section 12112 protects me from discrimination as a disabled person in employment, specifically, "...privileges of employment." The right to be self employed is blocked by his threat of arrest during this time period. I have a right to raise money for counsel if it comes to that; he is barring me from doing so with using my company's brokerage account as a reason for apprehension. I could be found easily by the courts now and the SSA office if needed. The subsection of the Federally Protected Rights states, "...(b) Whoever, whether or not acting under color of law, by force or threat of force willfully injures, intimidates or interferes with or attempts to injure, intimidate or interfere with-..."

"...(2)Any person because of his race, color, religion, or national origin and because he is or has been – ..." "...(C)Applying for or enjoying employment, or any prerequisite thereof, by *any private employer* or any agency of any State or subdivision therof, or joining or using the services or advantages of any labor organization ,hiring hall, or employment agency."... (emphasis added.)

The defendants have a duty to allow me to enjoy my right to self employment in a business I own as outlined in the Americans with Disabilities Act and Title 42 U.S.C. § 1982. The breach of this occured when my efforts to do so were hampered by law enforcement's refusal to make a record of my complaints, even if under seal to protect themselves or me from unknown threats to my person. The harm is that others understood from observation that I was not getting law enforcement's help and began to join the perpetrators in the cyber attack world and otherwise in taking advantage of me and my company's situation. The injury is the loss of revenue over 15 years that was ignored; the motive may be the $1.8 Billion "mystery" account that is the same amount of the lawsuits pending I had against DARPA and tech companies for their part in capitalizing on J.C.R. Licklider's experiment that he did on me. (Exhibits).

I am not bringing in enough revenue to substantially enjoy the fruits of the work that I did over the 15 years they allowed me to be a slave and a victim of intellectual property theft. The emotional agony of miscarrying babies over the years (Exhibits) from stress over financial matters would have been avoided if they had allowed me my privacy and equal protection under South Carolina state and Federal laws.

My disability made it hard to impossible to keep employment for another company; working for myself with my disability would have allowed me to eventually be able to get certain medical issues handled more effectively in a time period to save at least 4 of the babies lives. (Exhibits)

<u>Cause of Action #11</u>

Peonage (Title 18 U.S.C. §1581) the law enforcement community in the tri-county area of Charleston, SC  is aware of both my medical situation of being mentally disabled, and,from multiple address changes, financial difficulties. They have taken me to hospitals and have been able to track me via computer with multiple addresses over 25 years. The duty they have to know their suspect if they should pick them up is required in their training to do research under most of the training manuals for the local law enforcement agencies the defendants belong to. Under Federal law enforcement center guidelines,

It was newly discovered that there were brain osteomas in my head that cause pressure on my pre-frontal cortex. This controls impulsive behavior, emotional responses from the Amygdala and the brain, and other life choices.

Knowing this, law enforcement is using my financial data and activity to determine my whereabouts and whether or not to arrest me on something often enough that peonage would be a reasonable charge if an officer proceeded to arrest me at this point.

### Cause of Action #12

Business Interference (Moore v Dempsey (1923)) Title 18 U.S.C. §1951
The government, specifically the defendants have a branch within the agency that handles counterfeit goods and services. The breach was it would not acknowledge me as a victim of slavery to discuss the theft of my intellectual property. The harm is that there was business interference with commerce by threats of violence from the slave owners, and over zealous investigators in the defendants agency who were eager to meet the women from Norway on a fraudulent terrorist investigation. The injury was that it disrupted my ability to make money or the companies I started and ran from 2011 to 2024. There was talk of arresting me in the area if I attempted to sue any of the agencies in the states for wrong doing towards me. My business' rights were infringed upon in a criminal way, and I could only get the statement "It's a civil matter" out of most officers concerning this.

### Cause of Action #13

Unlawful Confinement, Unlawful Arrest  (Title 18 U.S.C. §242, federal law)
Law enforcment had a duty to obey the South Carolina law concerning shackling individuals only when there was a danger to the officers who are transporting someone. I was crying in pain from the glass in me, not a nervous breakdown or a physical medical infirmity. I was in a car accident where I broke my nose in 2018. My eyes were swollen shut and I could not see. On the medical pick up order they slammed on my stomach and handcuffed me after kneeling on my back, suffocating me and the baby I was pregnant with at the time.

In Malley v Briggs, 475 U.S. 335, 345 (1986), Qualified immunity protects police officers who applied for a warrant unless "a reasonably trained officer in [the same[ position would have known that his affidavit failed to establish probable cause and that he should not have applied for the warrant." [5]

The breach was when I had been put in shackles unnecessarily in front of others and had been handcuffed multiple times to give my future jury pools the impression I was the problems. These incidents were all exigent circumstances surrounding members of the community for political and financial reasons.

The harm caused is that I am not believed when I speak to newer police officers who have joined and look up my information and see the list of calls to the house for me out of context.

Furthermore, it is illegal in the state of South Carolina to practice psychiatry without a license as stated in **S.C. Code 40-55-170.**

It states,

*"Penalties; injunctions. (A) A person who practices or offers to practice psychology without being licensed as required by this chapter is guilty of a felony and, upon conviction, must be fined not more than fifty thousand dollars or imprisoned not more than one year."*

That includes individuals arm chair quarterbacking the judge in an official capacity such as a police officer who is guessing if they are "faking" their disability to stay out of prison or a judge that has decided ahead of time with the phrase, "I'm not gonna mince words; I'm not gonna give Karen Moore any preferential treatment on this." (Judge who is presiding ahead of time is unknown.)

My disability was established by a licensed doctor; the medical CT with Contrast scans of my skull in 2018 show 2 bone tumors inside of the pre frontal cortex of the brain, pressing into the tissue. The area controls impulse control, life decisions, and emotional responses sent from the Amygdala.

---

1   5 Hamdi v Rumsfeld, 542 U.S. 507 (2004)

My disability was just reviewed by a doctor for the Social Security Administration, November 7th, 2023. I received a letter showing that my disability status was renewed. (See Exhibits - letter of renewal).

Because of my disability, the statute of limitations on when I can bring a civil lawsuit is tolled, meaning the clock is stopped on the 2 year limitation until either my disability ends, or death.
The attempted unlawful arrest from false affidavits to meet women in Norway waters down the ADA law designed to protect my rights as a citizen.

I have mental disabilities as recorded by the Social Security Administration. The state making it legal to shackle the raped and mentally challenged is a violation of the 4th Amendment. I have a right to not be unlawfully confined or seized when I had not done a crime. I was being transported to mental hospitals. I was raped through different time periods in life, and was blocked from reporting it.

<u>Cause of Action #14</u>

Trafficking (Title 18 U.S.C. §245)
Their duty was to prevent trafficking with facts given to them, for at least recordation for another diivision or group of agents to later have in their database to research. The breach was they would not take the report. The harm is that there is rampant trafficking oc black females inside of Charleston, South Carolina hospitals that had been going on since 2009. The injury because of this is that after observing this in Charleston, individuals inside of the Obama Administration observed this, and made arrangements for my rape to occur so an immigrant could stay in the United States before his visa expired.  The rapist assaulted me in 2017 inside of a Catholic hospital in the City of Charleston city limits and Charleston County. Neither police departments would take my report. I was pregnant from the rape.

The defendants aided and Abetted (Title 18 U.S.C. §3) the rapist by giving me credibilty issues by not stepping in and investigating the rampant trafficking that involves some law enforcement officials who were lookouts for some of the assaults. There was one inside of Hollings Cancer Center in 2009, around 2 pm when I went for an appointment. A woman was

yelling, "Help! Help!' and the officer said, "Oh, she just has issues." It was a grown black woman who was being raped in a side patient room, just off of the nurses station. The women looked frightened; they just looked down and kept working like she was a mental patient.

Cause of Action #15

4th Amendment Violation (spied on from my point of view, phone and computer). ((Katz v United States 389 U.S. 347 (1967.)) Due Process Rights violated by not having a reasonable view of my residence. The defendants have a duty to handle their investigations within the scope of federal US law, specifcally the 4th Amendment's requirement that searches and seizures be handled within parameters not inconsistent with United States Supreme Court case findings on how a search can be conducted.

The breaches occurred multiple times by the Department of Homeland Investigation staff members who looked in on my conduct at my residence from the Point of View fiber optic cameras inside of my eyesockets placed in there by DARPA in 1973. (Exhibits.) Even though they did not initiate the placing of the devices in my skull (Exhibit - COM link in my skull bone) or the fiber optic cameras, they are aware that a reasonable person would not expect someone to be watching them from their point of view their entire life.

DARPA and the Defendants tech division celebrated their anniversary of working closely together recently on a website. The location of the listening devices and spyware indicate that my life would be spied on as a lifelong endeavor to collect data against my will.

I have been coerced to do actions in a way that indicate that the defendants were in touch with DARPA or at DARPA's headquarters to access the mainframe system that controls the gear train robotics in me (Exhibits) and that I was coerced to buy and do things that created exigent circumstances to make the affidavits for arrest stronger for local law enforcement as well as their agency. They will want their cooperation regardless of the other reasons law enforcement wish to detain me (Moore v State South Carolina), specifically my lawsuits against DARPA and tech companies for $1.8 Billion that I believe was put in their Department of Revenue accounts for state officials to spend after my death.

Cause of Action #16

(1st Amendment right to Petition the Government) The duty to take the public's complaints is on the Department of Homeland Security website, under the Center to Combat Human Trafficking (CCHT). The breach is when this was reported in 2011, and was ignored. The harm is that the uptick of demands on my time for slave labor increased afterwards to keep up labor demand for free. The injury is the loss of revenue, children, youth, time, and relationships with others to keep the financial status quo for the slave owners who are allowed to traffic.

<u>Cause of Action #17</u>

Discrimination (Title 18 U.S.C.§ 242)
ADA Title II  Section 35.108(2)(ii), Section 35.108(2)(ii), Section 35.108(2)(iii) ).

It is illegal to assume because of what I said, behaved or spoke that I am "fine" to go through anything that would cause a relapse or anything else in my mental state because at the time I seemed okay. This is outlined in Title II Section 35.108(d0(1)(iv). It states,

"An impairment that is episodic or in remission is a disability if it would substantially limit a major life activity when active." Having a nervous breakdown from rape away from the eyes of an arresting officer off camera, and then talking to them calm on camera does not mean nothing happened. It can mean that I am relieved that help is here.

The syntax and language I am writing for this pleading cannot be used against me to determine that I am "fine". The nature of my mental disability stems from both trauma and bone tumors in the decision making part of the brain (Prefrontal cortex) that also controls a person's emotions and ability to control themselves. This includes overeating, over reacting, and speaking too much and not being able to control themselves.

Morality and the ability to follow through on it is also in the Prefrontal cortex. (A fact known since Phineas Gage's medical story came to light in 1898 by Harvard Medical University doctors.) There is over 100 years of medical cases that confirm that anger and other emotions are processed in the frontal lobe of the brain.

There are also blades, and metal, and bullet fragments and glass from being raped with a beer bottle in my 20s that have made its way up into my head (See Exhibits).

Furthermore, it is illegal in the state of South Carolina to practice psychiatry without a license as stated in **S.C. Code 40-55-170.**

It states,
*"Penalties; injunctions. (A) A person who practices or offers to practice psychology without being licensed as required by this chapter is guilty of a felony and, upon conviction, must be fined not more than fifty thousand dollars or imprisoned not more than one year."*

That includes individuals arm chair quarterbacking the judge in an official capacity such as a police officer who is guessing if they are "faking" their disability to stay out of prison or a judge that has decided ahead of time with the phrase, "I'm not gonna mince words; I'm not gonna give Karen Moore any preferential treatment on this."

My disability was just reviewed by a doctor for the Social Security Administration, November 7th, 2023. I received a letter showing that my disability status was renewed. (See Exhibits of the doctor's interview – video , and letter of renewal).

Because of my disability, the statute of limitations on when I can bring a civil lawsuit is tolled, meaning the clock is stopped on the 2 year limitation until either my disability ends, or death.

against me as a mentally disabled and black person occurred March 5th, 2018 when law enforcement came to my home after I left a hospital disoriented. I had been in a car accident, and had broken my nose and did not know I was losing brain fluid and that an infection had spread through my body. My eyes were swollen shut from an allergic reaction from benzocaine (Ambesol).

I had angered a Dr. Abigail Zeffrey when I told her I had rights in front of her students and that I wanted to be transported to another hospital based on the South Carolina Patient Bill of

Rights. In front of her students, she said, "You know, I can put you in a mental hospital if I want to, you know, I can do that." I said, "Not without breaking the law. I want an advocate, now." I left.

4 officers, 2 from Boston and 2 from Maine, came to the house on a mental illness pick up order. They slammed me on my stomach and began to suffocate me. There is glass in my body from being raped with a beer bottle (one of 5 rapes in my lifetime). The offers heard me saying "I can't breathe."

My mother told them to get off of me. They thought she was still outside. The officers after making me pee on myself, did not let me change clothes or put on underwear. They handcuffed me and took me out in front of my neighbors like I had done something wrong. This again effected my jury pools to get a fair trial ever in the area.

Vulnerable Adult Abuse S.C. 24-27-300  is the state law that was violated against me, and my right to bring suit against them is protected under Title 28 U.S.C. 1343 jurisdiction in federal court.
After being attacked by North Charleston Police on a medical pick up order for a physical ailment, the ambulance driver  -Tyler "I'm gonna tase you."

I was already walking around with a decapitated baby in me; the baby from assault was in me still alive. I allege the medical doctor filed the pick up order in revenge; and the Catholic officers attempted to kill me and the child so I would not sue and report. Because of incest that happened when I was a child, I do not date black men (polygraph – L. Stan Fulmer).

<u>Cause of Action #18</u>
Aiding and Abetting – Rapist, would not take report (Title 18 U.S.C. 241, 242) They had a duty to look into the trafficking that happened to me at a hospital, and to see if a grenade had been added at the time since they believed I was a terrorist after they saw the women from Norway exchange social media handles with me. The breach occurred when they didn't. I was raped after, and pregnant from it. The harm was that others were emboldened to watch a baby alligator bite the babies in me to death for the amusement of Nazis who followed me.

They knew at the time under the Trump  Administration that they (Nazis) would be allowed to access the DARPA framework to view me from my point of view through the fiber optic cablie in my eyes (Exhibits) . The injury is that others refrained from getting involved to help me because of how badly I smelled. If the defendants had looked into this and demanded by court order that these objects be removed, this would not have continued to interfere with business, my thinking, relationships, jobs, and other endeavors I had attempted.

## Cause of Action #19

Aiding and Abetting – Would not arrest or detain any of the doctors whom I asked for help about

the objects in my body. (Sanchez v City of Chicago, 700 F. 3D 919,927) (7th Cir 2012). The duty, breach, and harm are the same as in Cause of Action #26. The injury is that others refrained from getting involved to help me because of how badly I smelled. If the defendants had looked into this and demanded by court order that these objects be removed, this would not have continued in my life as it is today. Hospitals assume lack of liabilty when law enforcement and the defendants did not feel there was anything they could do was the appropriate response to the issues I was having.

## Cause of Action #20

Attempted Murder – Title 18 U.S.C. § 241 and Title 18 U.S.C.§ 242 ,§1111 -The defendants had a duty to prevent law enforcement from doing me bodily harm with the ARPANET transceiver and components in me that transmit current internet data for the United States commercial market. The breach is when it ignored the clearly defined mandates in 6 C.F.R. Section  29.1, where rules for CISA, the Department of Homeland Security, and other agencies are to work together to protect the United States internet infrastructure. The injury is that 4 Catholic officers came to the house to cover up my being raped in a Catholic hospital in by slamming me on my stomach 11 months pregnant (Doc#1 Medical ) .The injury is broken bones in the child and broken glass in my body breaking and spreading to different locations in me, bleeding me internally. The taking of a life without due process is a United States Constitutional requirement under the 5th amendment and 14th Amendment.

## Cause of Action #21

Title II of the Americans with Disabilities Act – Would not take my complaint about a deputy that led to my rights not being protected under Title II of the Americans with Disabilities Act specifically Right to Employment, right to use of government programs and the right to a fair trial. They are also interferring with my right to a fair and speedy trial. I am also suing for the right to petition the government under the 1st Amendment.

<u>Cause of Action #22</u>

Equal Protection under the law - (4th Amendment, 5th Amendment, Title 6 U.S.C.  )
The duty that was breached was to protect the national defense, including with CISA to coordinate efforts to protect the internet infrastructure.

Alejandro Myorkas was not in charge at the time these series of events took place that began the false investigation. However, the individuals in his department have shoot to kill orders on me from the former Trump Administration that are still active. Not knowing about the ARPANET transceiver in my body, not having a plan to keep me safe and the components within me that still deliver internet transmission for mobile devices shows a lack of continuity and failure to protect the national communications infrastructure (Video – electrical voltage through me).

The lack of interaction with me as a human being via phone, mail, E Mail, fax, video phone or any other method to me or the law enforcement community is why no one has intervened on the matter of my assaults with devices placed in me, or the ability to control me. (Exhibits).
I have already been shot multiple times as documented in the background section of the complaint.
I bleed internally everyday, I am in constant pain from the needles in my skull, head, neck and abdomen.

There are dead babies in me; holes in my intestines have caused me to smell terribly. The doctors in the area refuse to do any surgeries including laprascopic to remove any of the debris or objects that could aid in healing of the body for me or the other babies that are still alive.

If the defendants had acted on the earlier complaints, this would have been handled in time to save several of the children that were in me. The government would have also kept me from harm from MAGA supporters that are planning to hurt me for Donald Trump's honor in 30 days.

One shot to my head and the antenna system can malfunction; a shot to the heart could kill the baby as well as move other components that run down the spine to the ARPANET transceiver. A MAGA supporter and others are planning to take me to be horsewhipped somewhere in either South Carolina, Georgia, or other undisclosed location.

Audio was played on November 6th, 2024 of Donald Trump stating he wanted them to "wait 'til I gets back...", he "...wanted to see..."

On December 18th, 2024, 6:30 pm EST, a southern male (possible police officer in Charleston, SC) who is watching from my point of view in the fiber otpic in my eyes said, "Ok, she did hear him, I'll have to let them know.." this statement was said as I was typing the above statement in real time.(Exhibit – COM Link).

The duty to protect here is two fold; the children and the data transmission not "leaking" from frayed wiring or upkeep in medical procedures would have been preferred if spoken with until a new internet was built.

I understand that the country did not know it was using me as part of their mobile browser system. However, the responsibilities that came with knowledge of it are outlined in 6 C.F.R. Part 29 for them to handle.

# REMEDY

I am asking the court to dismiss with prejudice against the prosecutions charges in any state regarding against me if they exist. The United States Supreme Court has prohibited unlawful wiretaps, as well as unlawful interceptions of lawful ones (Title 18 U.S.C.§ 2515) from inception was barred from the privacy cases from the 1960s (Katz,Silverman) to the more

current Carpenter vs United States (2018) cases that ended with the prosecution of the cases reversed without remand.

The protective stance of the United States Supreme Court against over zealous law enforcement against civilian's privacy rights is so rooted in the court's opinion in Katz v United States. United States Supreme Court Justice Stewart gave the opinion court, which stated, " ...Over and again, this Court has emphasized that the mandate of the [Fourth] Amendment requires adherence to judicial processes," (United States v Jeffers, 342 U.S. 48, 342 U.S. 51.)

In everyday life of a law enforcement official that it is unimaginable that they do not realize to stay abreast of all codes and cases as they come out. In the day of cell phones and the internet, case law can be found quickly; a US Supreme Court database will show if a case has been overturned at the United States Supreme Court. So it is inexcusable for the law enforcement that have access to my computer and cell phones since I have had them to claim ignorance on where the current United States Supreme Court Stands. (Carpenter v United States, (2018)).

Since qualified immunity only protects law enforcement from civil liability, I am asking that the court allow for the arrest of officers  under Title 18 U.S.C.§ 242 who still try to arrest me after I inform them that;

(a) there is a grenade in me (incindiary is proven on a hospital CT with contrast exam), and (b) that Title 18 U.S.C. 844(h) and (o) make it illegal to transfer me in their vehicles with either an incendiary or explosive device. I have a polygraph with the photo of the gun contraption from the ultrasound in me on the last page. There are law enforcement agencies that have already been sent a copy and told by me that is what was goinng on.

The officers in this area are aware of my situation as well as the defendants in that if they did any research using my social security number they know that I am on disability. This means my income is fixed, and that an arrest would put me in debt again, a violation of Title 18 U.S.C. §1581 (Peonage).

A wiretap is only to be used under certain circumstances, can only be intercepted if it follows certain criteria. Even though the officers didn't implant it, the government entity's crime (DARPA) doing so by putting the listening device in my skull bone indicates its willful conspiracy to continually violate my 4th Amendment right to privacy without due process. Unlawful intercepts of transmissions from it interfered with other people's privacy as well when I was forced to repeat other people's conversations. Whether the persons using me to pass information used the microphone in the cell phone in the room with people that was then sent to the COM link in me or whether or not a parabolic mic was pointed at them; either way, I was used as spyware against my will unlawfully. This willful use by what is most likely government officials has caused other agencies to be brought into a 4th Amendment violation by using what they heard me say through the COM Link in my ear. Even if it justs "accoustics", I have a reasonable expectation of privacy in my residence without my cell phone on and while I am alone. A reasonable person would expect that people cannot see from their point of view.

I cannot be granted a fair trial because too many people worldwide were patched into the fiber optic feed in my eyes to see who was near me to protect the internet ARPANET transceiver in me while the defendants were not. (Exhibits 26).

1) Request - For national security reasons, I am asking that credentials be pulled and investigations  by the Department of Justice regarding the conduct of the FBI not taking me in as a victim or at least a witness with documentation of a possible explosive device in me in 2012. (Exhibits).

2) Request  - I am asking that another investigation begin to find out who put many people direct access to the COM link device in my ear where too many people at once are snapping at me at different points of the country, driving me crazy. (Exhibit).

3) Request - I am asking that an investigation be run to find out who from 2018 to 2024 has been going to court under seal, or as an imposter with either identification, or false records, sued with my medical records or information and won the substantial financial wins that were

due me. I was blocked from leaving the area for years, and my computers and cell phones have limited information going to it. I have no arrest record; there should be no hold on my access to the internet and certain pages to reach. I was not able to see all parts of the internet until 2021, after Robert Kahn had died. I was blocked from finding out who was using my Federally registered trademark Cook it! Bake it! Make it! From 2011 to 2024.

I am asking that former President Barack Obama be investigated to see if he was aware that black Americans and African Americans were allowed to take advantage of my financial situation. A man that bears resemblance to him tried to talk to me around 1 pm in Chicago, IL after I was leaving a nightclub in 1995. I yelled at him; I had been raped 3 times before and did not know what he wanted. I ran away. He yelled, "forget it!" I may have talked to him the club before, so he may have been confused as to why I was like that after I had left. Former President Obama married Michelle Obama in 1991. (Polygraph -L. Stan Fulmer).

(Sidebar: I told them all, stop snowing me; for 15 years the Democratic Party maximized its wealth with intellectual property that was mine with the protection of government officials who would not take my statements. Cook it! Bake it Make it! Was what I was hanging on to to get over what they got away with, including having me raped at 44 for an immigrant to stay in America. It was arranged before I left Washington, D.C.

I was trying to sue Jaqueline Harris, a black Democrat that was using my federal trademark. I tried to get her stopped; Pinterest stopped assisting and was getting sued as well. I was threatened not to use it. When I tried to sue Ms. Harris this month, my internet blocked over and over again when I tried to put an emergency  in to save my registered mark.

CISA has interns from the all black male college Hampton University. There is a "black code" of if you don't have a black significant other, men in government won't help you. If your significant other is white, it is referred to as "sleeping with the enemy." Because incest happened when I was child, I do not date black men (Polygraph). The rapist is still in the states with a US job, not in jail. The democratic staff at local law enforcement offices, mostly Catholic that I spoke to, insist the statute of limitations to file a complaint had expired, even

though in the state of South Carolina there is no statute of limitations on felonies and misdemeanors.[6]

1) Request - I am asking for a judgment of $125,000,000 for a lifetime of abuse and neglect from law enforcement agencies that stem from this long scheme that enriched the state over 35 years.

Based on the merits of the case, the elements of the law that clearly give the defendants a duty to intervene and act on the complaints, and the evidence presented, a jury will most likely grant some judgment in my favor. $1 Trillion of internet data goes through the components in my body a day.

The damage from the components from DARPA from 2011 to now could have been blocked from further damage if the Department of Homeland Security, FBI, or CISA (access to my computer) would have alerted the proper authorities and let them know they are aware and that action must be taken. At least, if it was passed on to the Department of Justice, help could be lawfully forced, saving 5 of the 7 babies that died either by capitation or gunshot wound. (Exhibits).

I allege I am from the original project that is closest to the backbone of the main internet, generation 1 (1G). So, 2G through 5G are repeat hops off of the main one, like a tree. When they are mobile, things are encrypted. But if they find me, and I blow up at the root, there may be less internet, more links with pictures, and then eventually back to land line phones and ethernet.

Based on the agencies that all have extensive knowledge of state law as well as federal, they would all know that it is a basic requirement to take down a person's complaint and actually pass it on to a detective for further investigating.

I am asking that the court grant $40,000 now, before court so I can effectively move and work on my business to pay the attorney.

---

6    S.C. Annotated law, 16-3-652