**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KAREN TRACEY MOORE; KAREN TRACEY
MOORE LLC,

                        Plaintiffs,

    -against-                                          25 **CIVIL** 615 (LLS)

                                                              **<u>JUDGMENT</u>**

DEPARTMENT OF HOMELAND SECURITY;
FEDERAL BUREAU OF INVESTIGATION,

                        Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 26, 2025, the Court has dismissed this action for lack of subject matter jurisdiction and as frivolous. *See* 28 U.S.C. § 1915(e)(2)(B)(i); Fed. R. Civ. P. 12(h)(3); judgment is entered dismissing the action.

**Dated:** New York, New York

       June 27, 2025

                                                           **TAMMI M. HELLWIG**
                                                             **Clerk of Court**

                            **BY:**      *K. mango*

                                                             **Deputy Clerk**